**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| THE ART MUSEUM SUBDISTRICT OF THE METROPOLITAN ZOOLOGICAL PARK AND MUSEUM DISTRICT OF THE CITY OF SAINT LOUIS AND THE COUNTY OF SAINT LOUIS, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:11-cv-00291 HEA ) |
| THE UNITED STATES OF AMERICA, JANET NAPOLITANO, and ERIC H. HOLDER, | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF DISMISSAL**

COMES NOW Plaintiff, The Art Museum Subdistrict of the Metropolitan Zoological Park and Museum District of the City of Saint Louis and the County of Saint Louis, by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action without prejudice, and serves notice of the same upon all defendants.

Dated: June 17, 2014

Respectfully submitted,

**DENTONS US LLP**

 /s/ Patrick A. McInerney
PATRICK A. MCINERNEY     MO#37638
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
Facsimile: (314) 539-2287
patrick.mcinerney@dentons.com

82402774\V-2                1

>McClain Elizabeth Bryant
>HUSCH BLACKWELL, LLP
>(202) 378-2300
>750 17th Street, NW
>Suite 900
>Washington, D.C.   20006
>
>David Linenbroker
>HUSCH BLACKWELL, LLP
>(314) 345-6409
>190 Carondelet Plaza
>Suite 600
>St. Louis, MO   63105

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2014 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Courts electronic filing system upon all counsel of record.

>  /s/ Patrick A. McInerney